Jerry L. Steering [State Bar No. 122509]
Gregory Paul Peacock, Esq. [State Bar No. 277669]
LAW OFFICES OF JERRY L. STEERING
4063 Birch Street, Suite 100
Newport Beach, California 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
e-mail: jerrysteering@yahoo.com
e-mail: gregorypaulpeacock@yahoo.com

Attorney for plaintiff Landrum Thomas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRUM THOMAS, | Case No. CV14-00909 VAP (DTBx) |
| Plaintiff, | CORRECTED STATEMENT OF THE CASE |
| vs. | |
| CITY OF GARDENA, YVETTE EVANS, FRANK KIM, TODD FOX, and DOES 1 through 10, inclusive, | PRE-TRIAL CONFERENCE DATE: SEPTEMBER 14, 2015 |
| | TIME:   2:30 P.M. |
| Defendants. | CTRM:   2 (RIVERSIDE) |
| | UNITED STATES DISTRICT JUDGE VIRGINIA A. PHILLIPS |

**COME NOW** the parties to this action, and show their Corrected Proposed Joint Pre-Trial Conference Order as follows:

CORRECTED STATEMENT OF THE CASE

1

On August 23, 2013, at approximately 11:00 a.m., the Gardena Police Department received a call of a strong arm robbery. Multiple patrol cars responded, with lights and sirens activated, to, and nearby, the intersection of Halldale Avenue and Rosecrans Avenue in the City of Gardena. Plaintiff Landrum Thomas was working as a lineman in a manhole near the same intersection. When he heard the police activity, he climbed out of the manhole, walked to the intersection, and began cell phone video recording two officers who were making a forcible arrest of one of the robbers.  As defendant police officer Yvette Evans responded and drove onto Halldale Avenue to apprehend one of the suspects, plaintiff was standing in the roadway near the curb line. He remained in the roadway near the curb line as she drove away to apprehend other suspects. Defendant Evans claims this was a violation of California Penal Code Section 148(a)(1) that makes it a crime to resist, delay or obstruct a police officer in the course of his or her duties. Defendant Evans decided to place plaintiff under arrest for this offense. Defendant Officer Frank Kim assisted in this process.  Defendant Lt. Todd Fox was present at the location at the time of the arrest.

Plaintiff claims that there was no basis for his arrest, and that defendants arrested him because he video recorded them and that he refused to give his cell phone to them. Plaintiff also claims that the defendant officers seized his cell phone, and that he was forced to post bail when bail was not required. He brings this lawsuit against these three defendants alleging violations of his federal constitutional rights. He also alleges that defendant City of Gardena is liable for failing to train its officers.

CORRECTED STATEMENT OF THE CASE
2

DATED: September 8, 2015     **LAW OFFICE OF JERRY L. STEERING**

_____/s/_____
JERRY L. STEERING, ATTORNEY FOR
PLAINTIFF LANDRUM THOMAS

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

DATED: September 8, 2015     _____/s/_____
L. TREVOR GRIMM, ATTORNEY FOR
DEFENDANTS

CORRECTED STATEMENT OF THE CASE

3